**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2021-CA-1587

Yvette David Pacaccio, Individually and as agent for
Brendan Joseph David

- - Versus - -

21st Judicial District Court
Steven P. Hoover, Melanie P. Hoover, Edwin Hoover, and        Case #: 20200001195
Peggy Hoover                                                 Tangipahoa Parish

On Application for Rehearing filed on   08/12/2022 by Yvette David Pacaccio, et al

Rehearing ___DENIED___

_____
J. Michael McDonald

_____
Walter I. Lanier III

_____
Elizabeth Wolfe

Date ___SEP 1 3 2022___

_____
Rodd Naquin, Clerk